BARNET TEXTILE CO. v. GREILICH. (Supreme Court, Appellate Division, Third Department. October 2, 1908.) Action by the Barnet Textile Company against William Greilich. No opinion. Order affirmed, with $10 costs and disbursements.

BASTABLE, Respondent, v. CARROLL, Appellant. (Supreme Court, Appellate Division, First Department. October 16, 1908.) Action by Lawrence Bastable against William J. Carroll. W. Armstrong, for appellant. R. W. Crawford, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 116 App. Div. 205, 101 N. Y. Supp. 637.

BATES, Respondent, v. DELAWARE, L. & W. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. September 17, 1908.) Action by Frederick E. Bates against the Delaware, Lackawanna & Western Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

BAYNE, Respondent, v. BRADWELL et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 16, 1908.) Action by Rachel Bayne against Herbert A. Bradwell, and others. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, upon the ground that the verdict is against the weight of the evidence.

In re BELMONT ST. (Supreme Court, Appellate Division, First Department. November 6, 1908.) In the matter of Belmont street. No opinion. Appeal dismissed, with $10 costs and disbursements. Settle orders on notice. See, also, 112 N. Y. Supp. 858.

BENNETT, Appellant, v. TUCKER ELECTRICAL CONST. CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 9, 1908.) Action by Edward J. Bennett against the Tucker Electrical Construction Company. No opinion. Judgment unanimously affirmed, with costs.

BERENBERG et al., Appellants, v. BIEBER, Respondent. (Supreme Court, Appellate Division. Second Department. October 16, 1908.) Action by Bernard Berenberg and another against Charles Bieber. No opinion. Judgment of the Municipal Court affirmed, with costs.

BIEBER v. ROSENGARTEN. (Supreme Court, Appellate Division, First Department. October 23, 1908.) Action by Aaron Bieber against Philip Rosengarten. No opinion. Motion denied. Order filed.

BISTER, Respondent, v. GREENBERG, Appellant. (Supreme Court, Appellate Division, Second Department. October 22, 1908.) Action by John Bister against Abraham Greenberg. No opinion. Order affirmed, with $10 costs and disbursements.

BITTMAN, Respondent, v. DUCKWORTH, Appellant. (Supreme Court, Appellate Division, Second Department. October 9, 1908.) Action by Fred Bittman against Walter F. Duckworth. No opinion. Motion denied.

BLUM, Respondent, v. UNION RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Action by Max Blum against the Union Railway Company. B. H. Ames, for appellant. C. Goldzier, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

In re BOARD OF RAPID TRANSIT R. COM'RS. (Supreme Court, Appellate Division, First Department. May, 1908.) In the matter of the Board of Rapid Transit Railroad Commissioners. In the matter of Third avenue route. In the matter of Fourteenth street route. In the matter of White Plains Railroad route. In the matter of Jerome avenue subway. In the matter of Girard avenue. In the matter of Thirty-Fourth street route. In the matter of Seventh and Eighth avenue route. In the matter of Lexington avenue route. No opinions. See memorandum.

BONHOFF, Appellant, v. FISCHER, Respondent, et al. (Supreme Court, Appellate Division, Second Department. October 22, 1908.) Action by August Bonhoff against Henry C. Fischer, impleaded with William Kennedy. No opinion. Motion denied.

BONIFACE, Respondent, v. McAVOY, Appellant. (Supreme Court, Appellate Division, Second Department. October 22, 1908.) Action by Minnie E. Boniface against John W. McAvoy, executor, etc. No opinion. Order affirmed, on argument, with $10 costs and disbursements.

BORCHERT, Respondent, v. MANHATTAN TRANSFER CO., Appellant. (Supreme Court, Appellate Division, First Department, October 16, 1908.) Action by Bertha Borchert, as administratrix, against the Manhattan Transit Company. J. J. Mahoney, for appellant. A. V. Rochester, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BORGES, Respondent, v. FREEDMAN, Appellant. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Action by Henry Borges against Joseph Freedman. M. C. Katz, for appellant. H. Swain, for respondent.
PER CURIAM. Judgment affirmed, with costs. Order filed.
McLAUGHLIN, J., dissents.

BOYD v. BOYD. (Supreme Court, Appellate Division, First Department. October 30, 1908.) Action by Margaret P. Boyd against Alexander Boyd. No opinion. Motion to open default granted, on payment of $10 costs, and on condition that appellant have appeal ready